# First District Court of Appeal
## State of Florida

—————————————

No. 1D18-2170

—————————————

Edward Burns,

    Appellant,

v.

Department of Corrections,

    Appellee.

—————————————

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

October 8, 2019

Per Curiam.

    Affirmed.

Ray, C.J., and B.L. Thomas and Winokur, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————

Edward Burns, pro se, Appellant.

Kenneth S. Steely, General Counsel, Eric Salvatore Giunta, Assistant General Counsel, and Gayla Grant, Assistant General Counsel, Department of Corrections, Tallahassee; Ashley Moody, Attorney General, Tallahassee, for Appellee.